UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAIM PURETZ,
               Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and HYUNDAI CAPITAL AMERICA, INC.,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 2503 (VB)

    The Court has been advised that plaintiff and defendant Equifax Information Services, LLC, have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed against <u>Equifax Information Services, LLC, only</u>, without costs, and without prejudice to the right to restore the action against Equifax Information Services, LLC, to the Court's calendar provided the application to restore the action is made by no later than August 9, 2021. To be clear, any application to restore the action must be filed by August 9, 2021, and any application to restore the action against Equifax Information Services, LLC, filed thereafter may be denied solely on the basis that it is untimely.

    Equifax Information Services, LLC, need not appear at the July 1, 2021, status conference.

    The Clerk is instructed to terminate Equifax Information Services, LLC, as a defendant in this case.

Dated: June 10, 2021
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge