UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAIM PURETZ,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and HYUNDAI CAPITAL AMERICA, INC.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 2503 (VB)

      The Court has been advised that plaintiff and defendant Hyundai Capital America, Inc. ("Hyundai"), have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed against Hyundai, without costs, and without prejudice to the right to restore the action against Hyundai to the Court's calendar provided the application to restore the action is made by no later than January 31, 2022. To be clear, any application to restore the action must be filed by January 31, 2022, and any application to restore the action against Hyundai filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: December 1, 2021
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge